UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br><br><br>Jose Luis OROZCO Tapia,<br><br><br><br><br>　　　　　　　　Defendant. | Magistrate Docket No. '22 MJ1890<br><br>COMPLAINT FOR VIOLATION OF:<br>Title 8, U.S.C. § 1326 Attempted Entry<br>After Deportation |

The undersigned complainant being, duly sworn, states:

On or about May 28, 2022, within the Southern District of California, defendant Jose Luis OROZCO Tapia, an alien, who previously had been excluded, deported and removed from the United States, attempted to enter the United States with the purpose, i.e. conscious desire, to enter the United States at or near the Tecate, California Port of Entry without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached probable cause statement, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Giancarlo Lugo
Border Patrol Agent

SWORN AND ATTESTED TO UNDER OATH BY TELEPHONE, IN ACCORDANCE WITH FEDERAL RULE OF CRIMINAL PROCEDURE 4.1, ON May 31, 2022.

HON. KAREN S. CRAWFORD
United States Magistrate Judge

## CONTINUATION OF COMPLAINT:
Jose Luis OROZCO TAPIA,

### PROBABLE CAUSE STATEMENT
I declare under the penalty of perjury that the following statement is true and correct:

On Saturday, May 28, 2022, Border Patrol Agent A. Overbay was performing assigned duties in the Campo Border Patrol Station Area of Operations. Agent Overbay was in full rough duty uniform with all agency patches and insignia visible.

At approximately 6:40 PM, Agent Overbay was notified via service radio, of a visual detection device activation showing four individuals. Agent Overbay responded to the location and followed shoe prints north for approximately 15 yards and encountered an individual, later identified as the defendant Jose Luis OROZCO-Tapia, laying in brush. This area is located approximately a quarter mile north of the United States / Mexico International Boundary, and approximately twenty miles east of the Tecate, California Port of Entry. Agent Overbay identified himself as a United States Border Patrol Agent and conducted an immigration inspection. OROZCO stated he is a citizen of Mexico without proper immigration documents to would allow him to enter or remain in the United States legally. At approximately, 6:57 PM, Agent Overbay placed OROZCO under arrest.

Routine record checks of the defendant revealed a criminal and immigration history. A comparison of the defendant's criminal record and current fingerprints were used to determine the defendant's record. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to Mexico on January 22, 2022 through Otay Mesa, California. These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

**Executed on May 29, 2022 at 10:00AM.**

Shawna M. Wilson
Border Patrol Agent

On the basis of the facts presented in the probable cause statement consisting of 1 page, I find probable cause to believe that the defendant named in this probable cause statement committed the offense on May 28, 2022, in violation of 8 USC 1326.

KAREN S. CRAWFORD
United States Magistrate Judge

2:28 PM, May 29, 2022
Date/Time